Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Ste. 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | |
|---|---|
| RENATA STEPINA, | ) Case No.: |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC, | ) |
| Defendant. | ) |

## **COMPLAINT**

RENATA STEPINA (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

//

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in Tucson, Pima County, Arizona and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant calls from 888-432-3151 and calls Plaintiff on her home number.

13. Defendant failed to disclose in subsequent communications that the call is from a debt collector.

14. Defendant calls and hangs up when Plaintiff answers or the machine picks up.

# COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    b. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant called and hung up.

    c. Defendant violated *§1692e* of the FDCPA by using deceptive or misleading means of communication when Defendant when Defendant placed calls and hung up, and when Defendant did not disclose that the calls were from a debt collector.

    d. Defendant violated *§1692e(11)* of the FDCP by failing to disclose in subsequent communications that the communication was from a debt collector.

16. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "A").

WHEREFORE, Plaintiff, RENATA STEPINA, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Actual damages,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

*//*

1   **DEMAND FOR JURY TRIAL**

2       PLEASE TAKE NOTICE that Plaintiff, RENATA STEPINA, demands a jury trial in

3   this cause of action.

4                                  RESPECTFULLY SUBMITTED,

5     DATED:  June 9, 2009              KROHN & MOSS, LTD.

6

7                            By:   /s/MichaelAgruss
                               Michael Agruss

8                                  Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, RENATA STEPINA, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, RENATA STEPINA, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 6-9-09         _Renate Stepina_
                      RENATA STEPINA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT A</u>**

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES)   NO
2. Fear of answering the telephone — (YES)   NO
3. Nervousness — (YES)   NO
4. Fear of answering the door — YES   NO
5. Embarrassment when speaking with family or friends — (YES)   NO
6. Depressions (sad, anxious, or "empty" moods) — (YES)   NO
7. Chest pains — (YES)   NO
8. Feelings of hopelessness, pessimism — (YES)   NO
9. Feelings of guilt, worthlessness, helplessness — YES   NO
10. Appetite and/or weight loss or overeating and weight gain — (YES)   NO
11. Thoughts of death, suicide or suicide attempts — YES   NO
12. Restlessness or irritability — (YES)   NO
13. Headache, nausea, chronic pain or fatigue — (YES)   NO
14. Negative impact on my job — YES   NO
15. Negative impact on my relationships — (YES)   NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _Chest Pains result into High Blood pressure & Pulse 157 over 124 that's high_

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 6-9-09

_Renate Stepina_
Signed Name

RENATE STEPINA
Printed Name