Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Ste. 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| RENATA STEPINA ) | **Case No.:** 2:09-cv-01694-JAM-KJM |
| Plaintiff, ) | |
| vs. ) | **VOLUNTARY DISMISSAL** |
| NCO FINANCIAL SYSTEMS, INC, ) | |
| Defendant. ) | |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, RENATA STEPINA, by and through her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NCO FINANCIAL SYSTEMS, INC (Defendant), in this case.

Dated: October 30, 2009                                KROHN & MOSS, LTD.


                                                       By:/s/ Michael S. Agruss

                                                       Michael S. Agruss

                                                       Attorney for Plaintiff,
                                                       RENATA STEPINA